IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ERNIE JOE FIELDS,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | CIV-05-451-R |
| ) | |
| **LAWTON CORRECTIONAL** ) | |
| **FACILITY, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered May 31, 2005. No objection to the Report and Recommendation has been filed, which objection, pursuant to an extension of time granted to Plaintiff, was due July 20, 2005. No further extension of time in which to object to the Report and Recommendation has been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED without prejudice for failure to exhaust his administrative remedies. However, Plaintiff is GRANTED leave to amend his Complaint by filing within fifteen (15) days of the date of this Order an Amended Complaint in strict compliance with the directives contained in the Report and Recommendation of the Magistrate Judge.

**IT IS SO ORDERED this 18th day of August, 2005.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE