**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ERNIE JOE FIELDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIV-05-451-R |
| | ) | |
| **LAWTON CORRECTIONAL** | ) | |
| **FACILITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered May 23, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 26] is ADOPTED in its entirety and this action is DISMISSED without prejudice based upon Plaintiff's failure to file an amended complaint that conforms to F.R.Civ.P. 8 and this Court's Orders dated August 18, 2005 and December 21, 2005, despite numerous extensions of time to do so.

**It is so ordered this 13th day of July, 2006.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE